Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 6553 | **DATE** | 12/20/2004 |
| **CASE TITLE** | Virgean Houskins vs. Michael F. Sheahan, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendants' motion in limine to bar evidence of any media reports is granted. (20-1) Defendants' motion in limine to bar evidence as to subjects referred to in the caption of this section is denied, but without prejudice. (21-1) Defendants' motion in limine to exclude and bar is also denied without prejudice. (22-1) Counsel is again asked to send letters to this Court's chambers to reflect availabilities from March 14 through the end of April 2005. This Court will then set the trial date.
(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | DEC 23 2004 | |
| | Notified counsel by telephone. | | | date docketed | |
| | Docketing to mail notices. | | | | |
| | Mail AO 450 form. | | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | 12/22/2004 | |
| SN | courtroom deputy's initials | | Date/time received in central Clerk's Office | date mailed notice SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
DEC 2 3 2004

Virgean Houskins )
)
        Plaintiff, )
)
v. ) No. 03 C 6553
)
Michael F. Sheahan, the Sheriff )
of Cook County, sued in his )
official capacity, County of Cook, )
and Donald Keith, sued in his )
individual capacity. )
)
        Defendants. )

## MEMORANDUM OPINION AND ORDER

On October 4, 2004 this Court held a pretrial conference with the litigants' counsel, during which it (1) approved their jointly-submitted proposed final pretrial order and (2) set a schedule for the filing of any motions in limine and any responses to such motions (in each instance with supporting memoranda). On November 12, 2004 Sheriff Michael F. Sheahan ("Sheahan") filed three such motions, while no motions were filed by codefendant Donald Keith or plaintiff Virgean Houskins ("Houskins"). Now counsel for Houskins, having inadvertently failed to conform to the timetable set by this Court during the October 4 pretrial conference, has responded to Sheahan's motions so as to render them ripe for resolution.

### Media Reports

In Dkt. 20-1 Sheahan seeks to bar evidence of any media reports of improprieties at the Cook County Department of



Corrections. Houskins' counsel has agreed that such evidence would be inadmissable hearsay and therefore offers no objection to the motion. Accordingly the motion is granted.

### "Clout" or Political Favoritism

In Dkt. 21-1 Sheahan seeks to bar evidence as to the subjects referred to in the caption of this section, on the premise that no such evidence has been unearthed during discovery. But that motion puts the cart before the horse, because if any otherwise admissible evidence on those subjects does exist -- something that this Court cannot know until trial-- it is clearly relevant to Houskins' case. Accordingly the motion is denied, but without prejudice to its possible reassertion in the context of trial.

### "Code of Silence"

What has just been said as to Dkt. 21-1 applies with equal force to Dkt. 22-1, the subject of which is indicated by the caption of this section. Accordingly that motion is also denied, again without prejudice to its potential reassertion in the trial environment.

### Trial Date

With all of the pending motions thus having been resolved, the case is ready to be set for the estimated three-day trial. Because the letters from the parties' counsel as to their respective dates of availability fail to mesh with the open dates

on this Court's trial schedule through March 11, 2005, counsel are again asked to send letters to this Court's chambers during the next two weeks reflecting their availabilities from March 14 through the end of April 2005. This Court will then set the trial date.

                                                    _____
                                                    Milton I. Shadur
                                                    Senior United States District Judge

Dated: December 20, 2004

C:\WPTEXT\houskins1.wpd