```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

VIRGEAN HOUSKINS,                    )
                                     )
                    Plaintiff,       )
                                     )
     v.                              )     No.  03 C 6553
                                     )
MICHAEL F. SHEAHAN, et al.,          )
                                     )
                    Defendants.      )

## MEMORANDUM ORDER

For many months the "Motions Report" ordered by this Court at regular intervals has reflected a pending motion by defendant Michael Sheahan to stay, without the posting of any bond, the judgment obtained against him by plaintiff Virgean Houskins. From the parties' inaction it appears that they have likely arrived at some informal understanding in that respect, but it is inappropriate to leave such a motion (Dkt. No. 126) lying dormant. Accordingly the parties are ordered on or before February 5, 2007 to file either an agreed disposition of the motion or, if not agreed, a statement of their respective positions on the issue.

                                  _____
                                  Milton I. Shadur
                                  Senior United States District Judge

Date:  January 26, 2007